### LOWE et al. v. DICKSON.

No. 14001. Opinion Filed Oct. 11, 1927.

(Syllabus.)

**Courts—Appeal of Case Involving Federal Question from State Supreme Court to U. S. Supreme Court—Trial Court Directed to Dispose of Case in Accordance With Federal Decision.**

The judgment and opinion of the Supreme Court of the United States in a case involving a federal question is binding upon this court. Where such opinion disposes of all the issues involved before this court on the merits, this court will direct the court of original jurisdiction to dispose of the case in accordance with the opinion of the Supreme Court.

Error from District Court, Beaver County; Arthur G. Sutton, Judge.

Action by Alexander J. Dickson against Seward K. Lowe and another. Judgment for plaintiff, and defendants brought error. Affirmed. Upon application of plaintiffs in error, writ of certiorari from Supreme Court of the United States to Supreme Court of Oklahoma to review decree of affirmance. Reversed. Remanded, with directions.

O. C. Wybrant, C. W. Herrod, and S. A. Horton, for plaintiffs in error.

Homer N. Boardman and Dickson & Dickson, for defendant in error.

BRANSON, C. J., This action was by Alexander J. Dickson against Seward K. Lowe and Susan Lowe. It originated in the district court of Beaver county. The defendants were husband and wife, and pending this litigation Seward K. Lowe departed this life, the action being continued in the name of Susan Lowe.

The plaintiff sought and obtained a decree of the district court adjudging Seward K. Lowe to hold, as trustee, certain land in said county, and in the petition in this case described, for the use and benefit of the plaintiff, and that the said Lowe be required to convey said lands by good and sufficient conveyance to the plaintiff, Dickson. From the judgment of the district court in favor of the plaintiff, the defendants prosecute error here, and this court by an opinion filed December 9, 1924 (108 Okla. 241, 236 Pac. 399), affirmed the judgment of the district court. From the opinion and judgment of this court, Seward K. Lowe and wife sought a writ of certiorari from the Supreme Court of the United States, which was by said court granted, and on review, the said court did, on April 11. 1927, render an opinion and judgment reversing the judgment and conclusions of this court in affirming the district court of Beaver county. Lowe v. Dickson, 71 L. Ed. (U. S.) 595.

The said opinion and judgment of the Supreme Court of the United States was and is contrary to the opinion and judgment of this court on all matters governing and controlling the decision of the district court of Beaver county in finding and entering a judgment in favor of the plaintiff as against the defendant, and the said opinion of the Supreme Court of the United States decides each and all of the controlling questions determinative of Dickson's alleged cause of action on the merits. The opinion and judgment of the Supreme Court of the United States has become a finality. It is the order and judgment of this court, following the said opinion of the Supreme Court of the United States, that the judgment of the district court of Beaver county be reversed, with directions to enter a decree finding and adjudging that the plaintiff, Alexander J. Dickson, has no right, title, interest, estate, or equity in the land described in his petition by reason of the allegations made.

MASON, V. C. J., and HARRISON, PHELPS, LESTER, RILEY, HUNT, CLARK, and HEFNER, JJ., concur.

Note.—See 15 C. J. p. 931, §318; 25 C. J. p.960 §324.